UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXIE BARANSKI,

        Plaintiff,                                         No. 20-12304

v.                                                     Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S DECEMBER 13, 2021 REPORT AND RECOMMENDATION [16]**

Plaintiff Maxie Baranski brings this action seeking judicial review of the Commissioner of Social Security's decision finding her no longer disabled as of June 22, 2017. The Court referred the matter to Magistrate Judge David R. Grand. Currently before the Court is the Magistrate Judge's December 13, 2021 report and recommendation. (ECF No. 16.) The Magistrate Judge recommends denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment, and affirming the Commissioner's decision. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS and ADOPTS the Magistrate

Judge's report and recommendation (ECF No. 16); DENIES Plaintiff's motion for summary judgment (ECF No. 11); GRANTS Defendant's motion for summary judgment (ECF No. 14); and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

      SO ORDERED.

s/Nancy G. Edmunds<br>
Nancy G. Edmunds<br>
United States District Judge

Dated: January 3, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 3, 2022, by electronic and/or ordinary mail.

      s/Lisa Bartlett
      Case Manager